IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16–19–BU–DLC |
| Plaintiff, | |
| | ORDER |
| vs. | |
| | **FILED** |
| ROBERT JAMES PETERICH, JR., | OCT 1 9 2016 |
| Defendant. | Clerk, U.S District Court<br>District Of Montana<br>Missoula |

Plaintiff United States of America has filed an Unopposed Motion for

Dismissal of Forfeiture Proceedings. For good cause being shown,

IT IS ORDERED that Plaintiff United States of America's Motion (Doc. 21)

is GRANTED. The forfeiture action in the above-captioned case is DISMISSED

with prejudice.

Dated this 19th day of October, 2016

Dana L. Christensen, Chief Judge
United States District Court